IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:07-CR-00045-RJC

| | | |
|---|---|---|
| USA | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| ANTHONY EUGENE BOYD | ) | |
| | ) | |

**THIS MATTER** is before the Court upon motions of the defendant for a sentence reduction under the First Step Act of 2018. (Doc. Nos. 75, 81).

The defendant relies on United States v. Woodson, 962 F.3d 812 (4th Cir. 2020), for the proposition that his violation of 21 U.S.C. § 841(b)(1)(C) is a "covered offense" under the Act. (Doc. No. 81: Motion at 3). However, the Supreme Court recently determined that the defendant's offense is not eligible for relief under the Act. Terry v. United States, --- U.S. --- (2021).

**IT IS, THEREFORE, ORDERED** that the defendant's motions, (Doc. Nos. 75, 81), are **DENIED**.

The Clerk is directed to certify copies of this Order to the defendant, the Federal Defender, the United States Attorney, and the United States Probation Office.

Signed: June 15, 2021

Robert J. Conrad, Jr.
United States District Judge